# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DON E. ELAM, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 09-cv-216-JPG |
| | ) |
| DARRELL M. WESTERMAN, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

| | | |
|---|---|---|
|      11/6/2009      | By: |    **s/ J. Phil Gilbert**    |
| *Date* | | *District Judge* |